# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE SR.

TENDERED FOR FILING

CIVIL DOCKET 14-1263

JUN 25 2014

SECTION "R"

VERSUS

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MAGISTRATE (1)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
JUN 25 2014
WP

WILLIAM W. BLEVINS
CLERK

JEFFERSON PARISH CORRECTIONAL
CENTER ET AL

FILED:

S/:

CLERK

## 42 U.S.C. § 1983 AMENDED COMPLAINT

### JURY TRIAL DEMANDED

NOW COMES INTO COURT, ERNEST BILLIZONE SR., IN PROPER PERSON, UNDER TITLE 42 USC § 1983 ALLEGING, CRUEL AND UNUSUAL PUNISHMENT IN THE FORMS OF UNSANITARY PRACTICES, EXPOSING INMATES TO IMMINENT DANGER, EXPOSING INMATES TO TOXIC MOLD, BACTERIA, STAPH AND OTHER PATHOGENS, PLACING INMATES IN HARMS WAY OF LIFE AND LIMB DUE TO OLD JAIL BEING NOT UP TO CODE AND PRESENTS FIRE HAZARD, LACK OF PROMPT, PROPER MEDICAL ATTENTION, DELIBERATE INDIFFERENCE, FAILING TO PROPERLY SUPERVISE, EXPOSURE TO KNATS AND SEWER FLY BITES, RACISM, NO EMERGENCY EXITS ON TIERS, SUBSTANDARD LIVING CONDITIONS, SERVING FOODS UNDER RECOMMENDED DANGER ZONE TEMPERATURE AND IN UNSANITARY ENVIRONMENT, SERVING FOOD ON OPEN CARTS UNHEATED, INSECT AND RODENT DROPPINGS IN JUICES AND FOOD ON TRAYS, MOLD ON TRAYS, SERVING FOODS THAT ARE FREEZER BURNT AND OUTDATED, FRIVOLOUSLY DENYING GRIEVANCES, COVERING UP RELEVANT FACTS, ALL IN VIOLATION TO MY 8th AMENDMENT TO U.S. CONSTITUTION, CRUEL AND UNUSUAL PUNISHMENT, DENIED DUE PROCESS AND EQUAL PROTECTION OF THE LAW, DENIED PROMPT AND PROPER ACCESS TO COURTS, DENIED PROMPT, ADEQUATE AND PROPER ACCESS TO LAW LIBRARY AND MATERIALS NECESSARY TO DO ADEQUATE RESEARCH, IN VIOLATION TO MY 5th, 6th AND 14th AMENDMENTS TO THE U.S. CONSTITUTION, ALSO;

1.

ARTICLE I. SECTIONS 2,3,14,19, AND 22 OF THE LOUISIANA CONSTITUTION OF 1974.

1.

## JURISDICTION

JURISDICTION IS PROPERLY VESTED WITHIN THIS COURT PURSUANT TO 42 U.S.C.§ 1983, 28 U.S.C.§ 1915, 5th, 6th, 8th AND 14th AMENDMENTS TO UNITED STATES CONSTITUTION, AS WELL AS ARTICLE I. SECTIONS 2,3,14,16,19,20 AND 22 OF THE LOUISIANA CONSTITUTION OF 1974.

2.

## PLAINTIFF

1.) ERNEST BILLIZONE SR., #14290600  P.O. BOX 388
      GRETNA, LA. 70053    4BL 9A

3.

## DEFENDANTS

1.) NEWELL NORMAND — SHERIFF  JEFFERSON PARISH SHERIFF'S
      OFFICE, 1233 WESTBANK EXP. HARVEY, LA. 70058

2.) THE BELOW LISTED DEFENDANTS ALL CAN BE REACHED AT THIS
    ADDRESS UNLESS LISTED OTHERWISE:
      JEFFERSON PARISH CORRECTIONAL CENTER, 100 DOLHONDE ST.
      GRETNA, LA. 70053

A.) SUE ELLEN MONFRA — CHIEF ADMINISTRATOR / WARDEN

B.) HOWARD LAVIN — COLONEL

C.) EDWARD OLSEN — CAPTAIN

D.) SGT. ENIS

E.) GARY COOK — LIEUTENANT

F.) SGT. COTTON

G.) JEAN LOVETT — MEDICAL DIRECTOR

2.

H.) CARL - KITCHEN DIETICIAN

I.) JOHN DOE - FIRE MARSHAL

J.) JOHN DOE - CONTRACTOR

K.) JOHN DOE - CODE ENFORCEMENT

L.) JOHN DOE - HEALTH AND HOSPITALS INSPECTOR

M.)

ALL NAMED DEFENDANTS ARE BEING SUED INDIVIDUALLY AND IN THIER OFFICIAL CAPACITIES AND AT ALL TIMES WERE PERFORMING THEIR DUTIES WHILE UNDER THE COLOR OF LAW.

4.

## COMPLAINT

1.) I ROLLED INTO JPCC ON THE NIGHT OF APRIL 22, 2014 AND WAS SUBJECTED TO SUBSTANDARD LIVING CONDITIONS AND UNSANITARY PRACTICES BECAUSE THE SECOND TANK TO YOUR LEFT AS YOU ENTER INTAKE BOOKING WAS FILTHY. YOU ALREADY HAVE TO LAY ON AN OUTSIDE TYPE CEMENT FLOOR, AND YOU ARE NOT PROVIDED WITH ANY CUPS TO DRINK OUT OF BESIDES WHEN THEY GIVE YOU YOUR FOOD TRAY AND THOSE CUPS ARE THROWN AWAY AFTER EVERY MEAL, BUT IT IS EXTREMELY DIFFICULT TO DRINK WATER IN THE TANK BECAUSE IT IS A FAUCET TYPE LIKE IN YOUR BATHROOM SINK NOT A FOUNTAIN TYPE, SO YOU HAVE TO CUP YOUR HANDS TOGETHER TO DRINK, AND THAT WAS A DIFFICULT TASK TO ACHIEVE WITHOUT GAGGING BECAUSE FOR TWO DAYS THE TOILET WHICH IS BUILT TOGETHER WITH THE SINK WAS ENCRUSTED WITH RAW HUMAN FECES IN GLOBS, WHICH WE KEPT TELLING THE DEPUTIES ABOUT TO NO AVAIL, ALL IN VIOLATION TO 8th AMENDMENT, CRUEL AND UNUSUAL PUNISHMENT DUE TO DELIBERATE INDIFFERENCE, ALSO, ART. I, SECTIONS 20 OF LA. CONST. 1974.

2.)      WHEN I GOT IN POPULATION IN THE ANNEX ON B SIDE I BEGAN

SNEEZING ALOT AND FEELING NAUSEOUS. LATER SOMEONE TOLD ME ABOUT THE MOLD WHICH I HAD ALREADY NOTICED IN BATHROOM AREA AND THE AIR CONDITIONER VENTS IN THE DORM AND TV AREA. A SAMPLE OF THE MOLD WAS SENT OFF AND DETERMINED TO BE TOXIC BLACK MOLD. INSTEAD OF EVACUATING THAT SECTION OF THE JAIL AND BLOWING OUT THE VENTS AND AIR DUCTS AND ELIMINATING ALL OF THE MOLD THEY AGAIN GO INTO COVER-UP MODE AND CONTINUE TO HOUSE PRISONERS IN THAT SAME ATMOSPHERE IN VIOLATION TO 8th AMENDMENT DELIBERATE INDIFFERENCE AND CRUEL AND UNUSUAL PUNISHMENT.

3.) I WAS BEGINNING TO EXPERIENCE STOMACH CRAMPS AND DIARRHEA AND I ATTRIBUTED IT TO INHALING THE MOLD SPORES, BUT AFTER CLOSER EXAMINATION I BEGIN TO NOTICE BLACK MOLD ENCRUSTED ON THE OLD OUTDATED FOOD TRAYS. OUR FOOD WAS SERVED LUKEWARM AND MOST TIMES ALMOST COLD OR ROOM TEMPERATURE WHICH IS EXTREMELY DANGEROUS TO THE CONSUMER OF THAT FOOD, WHICH WE ARE SERVED EXTREMELY SMALL PORTIONS OF. THE MEALS DON'T EVEN FILL UP THE FOOD SLOTS ON THE TRAY AND THEY DEFINANTLY DON'T COMPORT TO (RDA) RECOMMENDED DAILY ALLOWANCES BECAUSE TEN MINUTES AFTER WE EAT WE ARE STILL HUNGRY, THE CARTS THAT THEY BRING OUR FOOD TRAYS ON ARE OPEN, LIKE A CART YOU PUSH BOOKS AROUND ON IN A LIBRARY. OUR FOOD IS NOT SERVED OR HELD AT THE PROPER TEMPERATURE AND THIS OPENS UP INMATES TO EXPOSURE TO TEMPERATURE SENSITIVE BACTERIA, MOLD, AND PATHOGENS. OUR FOOD SHOULD BE SERVED IN HEATED FOOD CARTS TO KEEP THE FOOD HOLDING AT OVER $140°F$ TO KILL BACTERIA AND STOP THE SPREAD OF FOODBORNE ILLNESSES OR DISEASES. OUR FOOD IS EXPOSED TO THE ELEMENTS AND SOMETIMES SIT IN THE HALL FOR 10 TO 15 MINUTES OR MORE DEPENDING ON HOW FAST THE DEPUTY MOVE OR FEELS LIKE MOVING. OUR TRAYS SIT IN THE HALL AS SICKLY INMATES AND DEPUTIES SNEEZE AND COUGH OVER OUR TRAYS. THERE HAS EVEN BEEN OCCASIONS WHEN FOOD IS ON THE

4.

ELEVATORS AND INMATES ARE TRANSPORTED IN HANDCUFFS WITH FOOD TRAYS ON THE SAME ELEVATOR AND A CURIOUS DEPUTY OPENS A TRAY TO SEE WHAT WE ARE EATING TODAY. ALL THIS DONE WITHOUT GLOVES AND ALL MENTIONED ARE IN VIOLATION OF DELIBERATE INDIFFERENCE AND UNSANITARY PRACTICES AND CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION TO 8th AMENDMENT U.S. CONSTITUTION, THIS ALSO CONSTITUTE A FAILURE TO ACT, TRAIN OR PROPERLY SUPERVISE EMPLOYEES IN VIOLATION OF MY 8th AMENDMENT BECAUSE I FOREWARNED CHIEF MONERA AND KITCHEN SUPERVISORS OF THEIR INFRACTIONS AND THEY IGNORED MY PLEAS FOR RESOLUTION AND JUSTICE, CAPT. EDWARD OLSEN AND GARY COOK PERSISTED IN PROVIDING THE SMOKE SCREEN AND NOT ATTEMPT TO FIX OR INVESTIGATE THE PROBLEM.

4.)    I SPOKE WITH SGT. COTTON ON MAY 14, 2014 WHEN THE INSPECTOR FROM HEALTH AND HOSPITALS CAME DOING AN INSPECTION OF THE BUILDING AND HE FAILED TO TELL COTTON ANYTHING ABOUT THE RUST ABOVE THE SHOWER ENTRANCE SEE RUST EXHIBIT I SENT TO COURT, IN PLASTIC BAG. ON THAT SAME DAY I TOLD THE INSPECTOR ABOUT THE MOLD ON THE TRAYS AND HE INFORMED ME HE ALSO FOUND SEVERAL TRAYS WITH MOLD THAT HE PULLED AND HE TOLD ME IT WOULD BE TAKEN CARE OF. I ALSO, TOLD SGT. COTTON ABOUT THE KNATS AND SEWER FLIES THAT HAVE BEEN BITING ME. HE TOLD ME TO WRITE HIM A REQUEST AND HE WILL COME SPRAY, WHICH HE NEVER DID. I HAD TO WRITE A GRIEVANCE AND THEN ON MAY 28, DEPUTY REFUGE CAME TO CELL WITH THE WRONG TYPE SPRAY. IT WAS A STREAM SPRAY INSTEAD OF A MIST TYPE FOR FLYING INSECTS AND WAS NOT EFFECTIVE. THE NEXT DAY AFTER SMELL DISSAPATED THE INSECTS WERE BACK. ON JUNE 19, 2014 COTTON CAME BACK WITH A EXTERMINATOR WHO SPRAYED THE CORNERS OUTSIDE OF THE CELLS AND NOT INSIDE ANY CELL. I ASKED COTTON TO SPRAY MY CELL AGAIN AND AGAIN HE TOLD ME TO WRITE HIM AND HE WILL COME, I DID AND AS OF JUNE 24, 2014 NO SHOW. I CAN'T EVEN REST PROPERLY, DO MY LEGAL WORK OR READ MY BIBLE IN PEACE WITHOUT BEING BITTEN UP BY THESE INSECTS. ON THE DAY

5.

I RECEIVED THE RESPONSE FROM THE GRIEVANCE WHICH WAS AFTER HE HAD ACTUALLY SPRAYED DEPUTY REFUGE STATED HE NEVER SEEN NO EVIDENCE OF AN INSECT INFESTATION, WITHIN FIVE MINUTES I CAUGHT THESE INSECTS INSIDE MY CELL SEE: TISSUE SAMPLE INSIDE OF CLEAR BAG IT CONTAINS SAMPLES OF OVER 6 I CAUGHT IN MY CELL WITHIN 5 MINUTES, ALSO, IN VIOLATION OF MY 8th AMENDMENT, SUBSTANDARD LIVING CONDITIONS AND CRUEL AND UNUSUAL PUNISHMENT. SO WHERE WOULD I GET THESE KNATS FROM, I RARELY COME OUT MY CELL OR GO OUTSIDE AND EVERYONE ON MY TIER CAN ATTEST TO THAT.

5.)    ALSO, THIS FACILITY IS FAILING TO ALLOW ME PROMPT, PROPER, ADEQUATE RESEARCH TIME OR ACCESS TO COURTS BY CHARGING MY INMATE ACCOUNT FOR 10 PAGES OF MATERIAL THAT I NEVER EVEN REQUESTED AFTER I WROTE IT WHILE IN THE LAW LIBRARY AND EVERYTHING WAS UNDERSTOOD. I NEVER RECEIVED MY ACTUAL REQUESTED MATERIALS, THANK GOD THE CHARGES WERE REFUSED. NOW I HAVE A SEPARATE ISSUE AND WHEN YOU REQUEST A CASE FROM THE LAW LIBRARY ON A MONDAY YOU DON'T GET IT UNTIL TUESDAY OF THE NEXT WEEK. THIS IS RIDICULOUS, WHEN HE MEANING MR. ROBINSON HAS A COMPUTER IN FRONT OF HIM WITH INTERNET ACCESS AND HE ALSO HAS A PRINTER HOOKED UP TO IT AND THE LAW LIBRARY IS RIGHT AROUND THE HALL FROM MY TIER. HE IS BEING PAID TO DO NOTHING, AND THE LAW LIBRARY IS NOT UPDATED HE GIVES US A 2008 CRIMINAL CODE OF PROCEDURE TO LOOK AT WHEN WE ASK FOR THE BOOK MEANING THE CURRENT EDITION. THE LAW LIBRARY NEEDS A KNOWLEDGABLE INMATE IN THERE, BECAUSE HERE AT JPCC THE SYSTEM WORKS AGAINST YOU UNLESS YOU GOT SOMEONE OUTSIDE THE WALLS TO HELP YOU. HE SEEMS TO PURPOSELY SEND THE WRONG DOCUMENTS SO IT DELAYS RESEARCH AND STIFLES MY ACCESS TO COURTS. YOU ONLY GET 15 TO 30 MINUTES A WEEK TO DO RESEARCH WHICH IS NOT NEARLY ENOUGH TIME WHEN YOU ARE IN A LIBRARY THAT IS NOT INMATE FRIENDLY. WE ARE DENIED DUE PROCESS OF LAW, PROMPT OR PROPER ACCESS TO COURTS, AND ADEQUATE TIME TO

6.

STUDY, RESEARCH OR PREPARE FOR CASES, AND WE ARE NOT ALLOWED TO GET COPIES MADE IN LAW LIBRARY AND NO CARBON PAPER IS SOLD ON COMMISARY, ALL IN VIOLATION TO MY 1st, 5th, 6th, 8th AND 14th AMENDMENT TO THE U.S. CONSTITUTION.

6.)    HERE AT JEFFERSON PARISH CORRECTIONAL CENTER OUR LIVES ARE BEING PLACED IN JEOPARDY BECAUSE THE OLD JAIL HOUSE BUILDING IS NOT UP TO CODE, IT IS A FIRE HAZARD AND IT HAS NO EMERGENCY ~~██████████~~ EXITS ON TIERS OF OLD JAIL. THERE IS ONLY ONE WAY INTO THE TIER AND ONE WAY OUT OF THE TIER. THERE ARE NO FIRE EXSTINGUISHING SPRINKLER SYSTEMS ON THE TIERS OF THE OLD JAIL, NO EMERGENCY LIGHTS OF ANY SORT IN CASE OF A POWER OUTAGE WHICH JUST OCCURRED JUNE 21, 2014 AT 2:15 PM WHERE DEPUTY MAYEAUX GOT STUCK ON THE TIER WITH US BECAUSE THE EXIT IS THE ENTRANCE AND IT IS AN ELECTRIC DOOR, AND WOULD NOT OPEN, NO WORKING BACKUP GENERATOR WHICH PLACES THE LIVES OF OVER 600 INMATES AT RISK, ESPECIALLY SINCE THIS JAIL IS LESS THAN 200 Ft FROM AN EXTREMELY FLAMMABLE CRUDE OIL STORAGE FACILITY AND PLANT THAT COULD EXPLODE AT ANYTIME AND IT HOUSES MILLIONS OF GALLONS OF HIGHLY FLAMMABLE CHEMICALS. "(OSHA) REQUIRES THAT ALL BUILDINGS HAVE EXIT ROUTES THAT ARE UNBLOCKED AND IS A FAST AND EFFICIENT EXIT AND MEANS OF EGRESS. THE FACILITY MUST HAVE AT LEAST TWO EXIT ROUTES AND AS MANY ADDITIONAL ROUTES AS NECESSARY TO ALLOW FULL EVACUATION IN A TIMELY MANNER". JPCC OLD JAIL BUILDING WHERE OVER 600 INMATES ARE HELD IS IN SERIOUS VIOLATION AND DOES NOT HAVE BUT ONE EXIT ON THE TIERS AND NO LIGHTS TO SEE TO TRY TO MAKE IT TO AN EXIT IN CASE OF POWER OUTAGE, WE ARE LITERALLY IN A DEATH TRAP WAITING TO HAPPEN, ALL IN VIOLATION OF EQUAL PROTECTION, DELIBERATE INDIFFERENCE, CRUEL AND UNUSUAL PUNISHMENT, SUBSTANDARD LIVING CONDITIONS, PLACING INMATES IN IMMINENT DANGER AND IN HARMS WAY, IN VIOLATION TO ~~███~~ 5th, 8th AND 14th AMENDMENT TO U.S. CONSTITUTION.

7.

7.)   HERE AT JEFFERSON PARISH CORRECTIONAL CENTER MS. JEAN LOVETT IS FAILING TO PROPERLY TRAIN OR SUPERVISE SOME OF HER STAFF DOCTORS AND NURSES THAT COME TO SEE YOU ON THE TIERS AND THE ONES IN THE INFIRMARY. THEIR ATTITUDES TOWARDS THE INMATES ARE NASTY AND UNETHICAL AND VERY UNPROFESSIONAL. I MYSELF WAS MADE TO SUFFER UNDULY BY NOT PROVIDING ME WITH PROMPT NOR PROPER MEDICAL ATTENTION, I WAS NOT GIVEN ANY MEDS FOR MY CHRONIC BACK PAIN AND THESE MEDICAL PROBLEMS ARE LOGGED IN THEIR RECORDS AND HAS BEEN DOCUMENTED FOR YEARS. USUALLY WHEN YOU COME IN FOR INTAKE BOOKING ON YOUR INITIAL EXAM THEY SET EVERYTHING UP, AND I MADE SURE I TOLD THEM YET, I WAS IGNORED AND MADE TO SUFFER AND HAD TO WRITE UP A SICK CALL TO GET CHARGED AN ADDITIONAL FIVE DOLLARS TO WALK DOWN TO MEDICAL TO GIVE THEM THE SAME INFORMATION I GAVE INITIALLY. I WAS IN SEVERE PAIN FOR OVER A MONTH BEFORE THEY DECIDED TO GIVE ME ANY MEDICATION FOR PAIN THEN THEY ONLY GAVE ME MOTRIN WHICH DID NOT ALLEVIATE THE PAIN SO I CONTINUE TO SUFFER, I INFORMED THEM I WAS TAKING FLEXIRAL AND NAPROSEN AND SHE TOLD ME I WASN'T GETTING THAT HERE, ALL IN VIOLATION TO MY 8th AND 14th AMENDMENT TO U.S. CONSTITUTION, CRUEL AND UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE, AND DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

8.)   'ALSO, HERE AT JPCC INMATES 1st AMENDMENT FUNDAMENTAL RIGHT TO FREEDOM OF SPEECH AND REDRESS OF GRIEVANCES ARE BEING IMPINGED UPON AND OUR DUE PROCESS AND EQUAL PROTECTION OF THE LAW IS BEING VIOLATED BY COLONEL HOWARD LAVIN, CAPT. EDWARD OLSEN, AND THE MAIN ONE IS LT. GARY COOK WHOM FRIVOLOUSLY DENIES 98 TO 99% PERCENT OF GRIEVANCES THAT ARE MERITORIOUS AND SETS FORTH HARD FACTS ESPECIALLY WHEN IT IS SOMETHING AGAINST THIS FACILITY HE AND THE OTHER TWO NAMED DEFENDANTS CONSARE IN AN ELABORATE COVER UP OF RELEVANT FACTS BY REJECTING GRIEVANCES FOR FRIVOLOUS

8.

REASONS. GARY COOK SEEMS TO JUST CLOSE HIS EYES AND POINT TO A REASON THEN OPEN HIS EYES AND CHECKS THE RESPONSE HIS FINGER HAS LANDED ON. I WROTE JEFFERSON PARISH INTERNAL AFFAIRS TO THIS EFFECT, THESE ILLEGAL AND MALICIOUS ACTIONS BY LT. COOK ARE ALL IN VIOLATION OF MY 1st, 5th, 8th AND 14th AMENDMENTS TO U.S. CONSTITUTION.

9.) SHERIFF, NEWELL NORMAND AND CHIEF, SUE ELLEN MONFRA ARE GUILTY OF DELIBERATE INDIFFERENCE, FAILURE TO ACT, FAILURE TO PROPERLY TRAIN OR SUPERVISE THEIR EMPLOYEES, AND DENYING INMATES DUE PROCESS AND EQUAL PROTECTION OF THE LAW. POLICE TAKE OATHS TO PROTECT AND TO SERVE, THEY ARE ALSO TRAINED TO INVESTIGATE, AND ASCERTAIN FACTS WHICH THEY FEEL ARE RELEVANT TO OR PERTAINING TO A ALLEGED CRIME, FOR THEIR FAILURE AND KNOWING INTENTIONAL DISREGARD THESE INDIVIDUALS ARE IN DIRECT VIOLATION TO MY 1st, 5th, 8th AND 14th AMENDMENTS TO U.S. CONSTITUTION

10.) SGT. ENIS, IS A RACIST AND SHE USES THE BADGE AND HER POSITION TO HIDE IT BUT ON OCCAISION IT SHOWS UP LIKE AN UGLY SORE. SHE INSULTED ME WITH A RACIALLY MOTIVATED REMARK ON A SATURDAY JUNE 14, 2014 IN FRONT OF DEPUTY GLASS AT BREAKFAST MEAL I FOUND RAT FECES IN MY POTATOES AND I WAS TRYING TO SHOW HER AND SHE RAISED HER VOICE AT ME SAYING, "HOLD ON BOY". I THINK I AM OLDER THAN SHE IS AND I DON'T RESEMBLE A BOY IN ANY SENSE OF THE WORD. SO, I RESPONDED THAT SGT. ENIS, I AM NOT A BOY I AM A MAN AND MY NAME IS BILLIZONE". SHE CUT HER EYES AT ME AND TOLD ME IT WASN'T RAT FECES IT WAS SOMETHING CAME OFF THE HAM. I AM A CERTIFIED COOK SO, I KNEW AND DEPUTY GLASS KNEW IT WAS FECES. SO, I WROTE UP A GRIEVANCE AND LT. GARY COOK REFUSED IT STATING IT WAS VAGUE BUT I HAVE THE ACTUAL GRIEVANCE AS AN EXHIBIT AND YOU WILL CONCUR IT IS NOT VAGUE AND THE MULTIPLE COMPLAINTS ARE STEMMING FROM THE SAME INCIDENT COMPLAINING LEGITIMATELY WITHIN MY RIGHTS AND SHOULD BE ACCEPTED NOT COVERED UP AS COOK DID. THAT

9.

SGT. AND GARY COOK SHOULD BE DISCIPLINED OR SUSPENDED, AND FOR ALL OF THEIR ILLEGAL AND UNETHICAL CONDUCT WHICH IS IN DIRECT VIOLATION TO MY 5th, 8th AND 14th AMENDMENT TO THE UNITED STATES CONSTITUTION.

WHEREFORE, PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL AFTER REVIEWING STATEMENTS, ARGUMENTS AND FACTS AND ISSUES OF LAW AND DUE PROCEEDINGS BE HAD, THAT THIS COURT GRANT PLAINTIFF'S CAUSE OF ACTION AND AWARD PLAINTIFF MONETARY, DELARATORY, AND INJUNCTIVE RELIEF, AND ANY OTHER SUCH RELIEF THAT THE COURT DEEMS FAIR AND EQUITABLE IN THE INTEREST OF JUSTICE, AND THAT THE DEFENDANTS BE ORDERED TO INCUR ALL COSTS RELATING TO LAWSUIT.

RESPECTFULLY SUBMITTED,

ERNEST BILLIZONE SR. #14290600
4BL-9A
P.O. Box 388
GRETNA, LA. 70053

## AFFIDAVIT

I ERNEST BILLIZONE SR., CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND UNDERSTANDING, AND AS TO THOSE THINGS BASED UPON BELIEF I BELIEVE THEM TO BE TRUE.

THUS SUBSCRIBED, THIS 23, DAY OF JUNE, 20 14, AT JEFFERSON PARISH CORRECTIONAL CENTER, GRETNA, LOUISIANA 70053.

AFFIANT

## II.

## REQUESTED RELIEF

1. MONETARY AWARD OF ($150,000) ONE-HUNDRED-FIFTY-THOUSAND DOLLARS FOR DAMAGES, PAIN AND SUFFERING, MENTAL ANGUISH, LOSS OF

10.

WAGES, AND COMPENSATION PAST, PRESENT AND FUTURE.

2. PLAINTIFF DEMANDS JURY TRIAL

3. PUNITIVE DAMAGES OF ($250,000) TWO-HUNDRED-FIFTY-THOUSAND DOLLARS

4. PLAINTIFF REQUESTS THAT THE COURT DECLARE THAT THE DEFENDANTS ACTIONS WERE UNCONSTITUTIONAL AND VIOLATED THE LAWS OF THE STATE OF LOUISIANA.

5. INJUNCTIVE RELIEF RESTRICTING DEFENDANTS FROM THEIR ACTS OR ACTIONS WHICH BROKE THE LAW.

6. THAT DEFENDANTS INCUR ALL FINES, FEES AND COSTS OF COURT ASSOCIATED WITH PLAINTIFF'S CAUSE OF ACTION.

7. THAT ALL GUILTY PARTIES BE DISCIPLINED BY LOWERING THEIR RANK AND ADJUSTING THEIR PAY GRADE LOWER TO ACCOMMODATE RANK CHANGE.

8. THAT JUDGE GIVES ORDER RESTRICTING BOUTS OF RETALIATION FOR EXERCISING FUNDAMENTAL 1st AMENDMENT RIGHT TO REDRESS OF GRIEVANCES.

"COURT PLEASE ATTACH EXHIBITS FROM FIRST ACTION BEFORE THIS AMENDMENT WAS MADE."

11.

ERNEST BILLIZONE SR. # 14290600
4BL 9A
P.O. Box 388
GRETNA, LA. 70053

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
SECTION "R" (1)
500 POYDRAS ST.
NEW ORLEANS, LA. 70130

LEGAL MAIL!

70130337964